JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

AMBER SLOAN,

    Plaintiff,

vs.

AIRPORT AUTHORITY OF WASHOE COUNTY, a political subdivision of the State of Nevada, JAMES WEAVER, an individual, JULIE STERNBERG, an individual, RANDY WHITWORTH, an individual,

    Defendants.

CASE NO. 3:06-cv-00036

STIPULATION AND ORDER FOR ENLARGEMENT OF TIME
(FIRST REQUEST)

The parties through their undersigned counsel of record hereby stipulate and agree that Plaintiff may and should have an enlargement of time in which to oppose the motion to dismiss which was filed March 24th, 2006 *nunc pro tunc* from its current due date of April 11th to and including May 12th, 2006. Good cause for the relief requested exists in that for some unknown reason, when this motion was electronically filed on or about March 24th, the Court's server did not transmit that filing automatically to Mr. Dickerson. This has been confirmed by a review of the e-mails received by Mr. Dickerson over the past two months. Mr. Dickerson first received a copy of this motion on April 25th, 2006 by facsimile transmission from opposing counsel. On March 29th, 2006, opposing counsel Rezac referenced a stipulation to hold the Rule 26(f) obligations in abeyance because there was "a pending motion to dismiss". Mr. Dickerson assumed that that motion was in the process of being filed but never received it until

///

April 25th by facsimile transmission. Therefore, good cause exists for the requested relief.

DATED 4/25/06

LAW OFFICE OF
JEFFREY A. DICKERSON

/s/ Jeffrey A. Dickerson
JEFFREY A. DICKERSON
Counsel for Plaintiff

DATED 4/25/06

JONES VARGAS

/s/ Molly Rezac
ANN MORGAN
MOLLY MALONE REZAC
Counsel for Defendants

ORDER

IT IS SO ORDERED this 4th day of May, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

JAD/sh/sloan/enlrg-time-stip

2